IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN H. EGELKAMP,<br>*Plaintiff,*<br><br>v.<br><br>ARCHDIOCESE OF PHILADELPHIA,<br>*Defendant.* | CIVIL ACTION<br>NO. 19-3734 |

## ORDER

AND NOW, this 18th day of May, 2021, upon consideration of the Archdiocese of Philadelphia's motion for summary judgment (ECF 30), Karen Egelkamp's response (ECF 31), the Archdiocese's reply (ECF 32) and the parties' supplemental submissions (ECF 38 and 39) following oral argument with counsel for the parties (ECF 36) and consistent with the accompanying memorandum of law, it is **ORDERED** that:

1. the motion is **DENIED** with respect to Counts I and III of the Amended Complaint; and

2. the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of the Archdiocese of Philadelphia and against Karen H. Egelkamp with respect to Counts II and IV of the Amended Complaint.

It is **FURTHER ORDERED** that Count V of the Amended Complaint is **WITHDRAWN** consistent with Egelkamp's counsel's representation at oral argument.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.